RECEIVED
AUG 29 2012
BY MAIL

United States District Court
Eastern District of Missouri
Eastern Division

James Smalley,
  Plaintiff,

vs.                                    Cause No. 4:12 WOO171 ERW

John W. Stearns, et al.,
  Defendants.

## Plaintiff's Show Cause Motion

Comes now plaintiff James H. Smalley, reg #178598, pro-se and in forma pauperis, in the above captioned cause and for his cause to show in the above captioned cause states as follows:

1. Plaintiff is an inmate at the Jefferson City Correctional Center. Plaintiff is in administrative and has been locked down for the last nine (9) months, and has very limited access to the Institutional Law Library. He has to wait on five cases a week. That is order through Law Library Request forms mailed to this library via inhouse mail where he almost always has to wait a week on his order.

2. Plaintiff has been working on his amended motion since this Court's order of April 23, 2012, which this Court tells the plaintiff if he wished to retrieve his claims that had been dismissed, plaintiff should file an amended complaint. So, this what he has been doing.

3. Plaintiff has placed his amended complaint in the mail twice (2) since Aug 16, 12, and it has been returned to him for not enough postage, with the last return being Aug 24, 2012.

4. Plaintiff is once again placing this motion in the mail once again as stated below. He hopes this will suffice.

                                        Mr. James Smalley #178598

## Certificate of Service

I hereby do solemnly swear under the penalty of perjury that a true and correct copy of the foregoing was mailed on this 24 day Aug 2012, to:

Clerk of Court
_____ Woodward

                                        Mr. James Smalley

Mr. James Dmolding #1738599-211 7-B 201-1d-Lig
Jefferson City Correctional Center
8261 No Mori Williams Road
Jefferson City, Missouri, 65101

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov

**MAILED FROM
JEFFERSON CITY
CORRECTIONAL CENTER**

MID-MISSOURI MO 652
COLUMBIA MO
27 AUG 2012 PM 2 T

Mr. James W. Woodward
Clerk of the Court
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

RECEIVED
AUG 29 2012
BY MAIL

63102+1125